■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KENNETH SMITH, Appellant. [756 NYS2d 747] —Judgment, Supreme Court, New York County (John Stackhouse, J.), rendered October 25, 1999, convicting defendant, after a jury trial, of criminal sale of a controlled substance in the third degree and criminal possession of a controlled substance in the seventh degree, and sentencing him, as a second felony offender, to concurrent terms of 4½ to 9 years and 1 year, respectively, unanimously affirmed.

Defendant was not deprived of a fair trial by brief and limited expert testimony concerning street-level drug transactions. The testimony was relevant under the circumstances to explain the fact that the police did not recover prerecorded buy money (*see People v Brown*, 97 NY2d 500, 506-507 [2002]).

Defendant's remaining contentions are unpreserved and we decline to review them in the interest of justice. Were we to review these claims, we would reject them. Concur—Buckley, P.J., Nardelli, Andrias, Friedman and Gonzalez, JJ.